DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Proposed Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Dawn Kirby, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:

GREEN CUBE CAFÉ INC., et al., [1]           Chapter 11
                                            Lead Case No. 17-23751 (rdd)

                Debtors.
----------------------------------------------------------X

## AFFIDAVIT RELATING TO PAYMENT OF
## THIRD-PARTY RETAINER

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

       LUNG CHEN, being duly sworn, deposes and says:

       1.    I am the president of Green Cube Café Inc. and the Manager of Green Cube Café Leasing, LLC, Green Cube Café III, LLC, Green Cube Café VI, LLC, and Green Cube Café Danbury LLC (the "Debtors"), the above-captioned debtors and debtors-in-possession.

       2.    I submit this Affidavit in support of the Debtors' application to retain DelBello, Donnellan, Weingarten, Wise & Wiederkehr LLP ("DDWWW") as attorneys for the Debtors in this bankruptcy case.

---

[1] The Debtors have filed an application for an order consolidating their cases for administrative purposes only. The Debtors include, Green Cube Café, Inc. Case No. 17-23751 (rdd), Green Cube Café Leasing, LLC Case No. 17-23752 (rdd), Green Cube Café III, LLC Case No. 17-23753 (rdd), Green Cube Café VI, LLC Case No. 17-23754 (rdd), and Green Cube Café Danbury LLC Case No. 17-23755 (rdd).

3. In order to secure DDWWWW's services to the Debtor in this Chapter 11 cases, I agreed to pay a third-party retainer in the amount of $8,585 to DDWWW toward the cost of the filing fees (5 x $1,717 = $8,585) in these Chapter 11 bankruptcy cases.

4. Although I have been advised to consult with its own counsel, I have not retained independent legal counsel on my behalf regarding the payment of the aforementioned Retainer to DDWWW.

5. I understand that the undivided loyalty of DDWWW is to its clients, the Debtors.

6. Further, I do not have any intention of asserting a claim against the estate of the Debtors for funds advanced for legal fees in this case.

7. Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtors herein, or with any creditor or any other party in interest.

/s/ Lung Chen
_____
LUNG CHEN

Sworn to before me this
16th day of November, 2017

/s/ Bryn Leonardo
_____
Notary Public ~ State of New York

2